UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERIN CARMODY,
        PLAINTIFF

VS
                            :    CIVIL ACTION NO.
                            :    303CV00456 (MRK)

KOHL'S DEPARTMENT STORES, INC.  :
        DEFENDANT       :    OCTOBER 27, 2003

## MOTION FOR EXTENSION OF THE PRETRIAL SCHEDULING ORDER

The Plaintiff, Kerin Carmody, in the above-captioned matter, pursuant to Local Rule 7(b), respectfully request a thirty day extension of the Pretrial Scheduling Order, or such additional time as this court may determine, to disclose expert witnesses and the provision of the expert report from receipt of Defendant's responses to Plaintiff's Interrogatories and Production dated August 25, 2003. Plaintiff would further request a corresponding extension of the time to depose expert witnesses. In support of this motion the Plaintiff states the following:

1. No previous extension of the Pretrial Scheduling Order has been requested.

2. On May 06, 2003 the Court (Arterton, U.S.D.J.) issued scheduling orders including that discovery shall be completed on or before February 01, 2004 and that Plaintiff's expert witnesses shall provide expert witness report(s) to be served by November 01, 2003.

3. Pursuant to discussion with the Defendant, the Plaintiff' first set of Interrogatories and Production dated August 25, 2003 was served on the Defendant. The Defendant by letter dated September 15, 2003 requested revisions of certain interrogatories which the parties have discussed and clarified. A response to said interrogatories is presently pending.

4.  In the absence of a response to Plaintiff's Interrogatories (i.e. the floor composition of the subject premises) the Plaintiff's safety engineer cannot provide an expert report.

5.  The Defendant has been contacted regarding this Motion for Extension and has indicated that there is no objection to this motion.

6.  This extension of time will not delay the progression of the case as to discovery and other matters, including a special masters presently scheduled for December 10, 2003.

WHEREFORE, based on the foregoing the Plaintiff respectfully requests this Court grant an extension of the Pretrial Scheduling Orders for expert disclosures and depositions.

```
                                    THE PLAINTIFF,
                                    KERIN CARMODY


                               BY: _____
                                    RICHARD H. GREENE, (ct.08905)
                                    431 HOWE AVENUE
                                    P.O. BOX 2042 HUNTINGTON STATION
                                    SHELTON, CT  06484
                                    (203) 924 - 9361
```

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Extension has been mailed on this date, October 27, 2003, postage prepaid, to all counsel and pro se parties of record:

Barry Beletsky, Esq.
Ricco & Beletsky
310 Main Street, Suite B
East Haven, CT  06512

_____
Richard H. Greene