UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KERIN CARMODY, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV456(MRK) |
| v. | : | |
| | : | |
| KOHL'S DEPARTMENT STORES, INC. | : | |
|     Defendant. | : | |

## ORDER

With reference to the settlement conference scheduled for December 15, 2003, before the Honorable Joram Hirsch, Esq., Special Master, Defendant's Motion For Permission to Have Adjuster Available By Telephone (Doc. #12), dated July 28, 2003, is hereby **GRANTED**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 4, 2003