UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody
    Plaintiff
                         :

VS                       :     CIVIL ACTION NO.
                            :     303CV00456 (MRK)

Kohl's Department Stores, Inc.
    Defendant              :     December 01, 2003

## NOTICE OF SERVICE
## OF PLAINTIFF'S EXPERT REPORTS

The Plantiff, Kerin Carmody, by counsel, in accordance with F.R.C.P. 26(a)(2)(B) and local rule 5(e) gives notice of service to the Defendant, Kohl's Department Stores, Inc., of reports of Plaintiff's experts in the above-matter.

                          THE PLAINTIFF,
                          KERIN CARMODY

BY: _____
       RICHARD H. GREENE, (ct.08905)
       431 HOWE AVENUE
       P.O. BOX 2042 HUNTINGTON STATION
       SHELTON, CT 06484

## CERTIFICATION

This is to certify that a copy of the foregoing Disclosures of Plaintiff's expert reports has been served pursuant to local rule 5(f) via fax and mailed on this date, postage prepaid, to all counsel and pro se parties of record:

Barry Beletsky, Esq.,
Ricco & Beletsky
310 Main Street, Suite B
East Haven, CT 06512

                          _____
                          Richard H. Greene