UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

DEC 3  2 35 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Kerin Carmody
    Plaintiff

VS

Kohl's Department Stores, Inc.
    Defendant

:
:
:   CIVIL ACTION NO.
:   303CV00456 (MRK)
:
:
:
:   December 02, 2003

**NOTICE OF SERVICE OF PLAINTIFF'S**
**SETTLEMENT CONFERENCE MEMORANDUM**

The Plaintiff, Kerin Carmody, by counsel, in accordance with the Special Masters Settlement Conference Order in the above-captioned matter, pursuant to local rule 53(c), gives notice of service of the Plaintiff's Settlement Conference Memorandum.

THE PLAINTIFF,
KERIN CARMODY

BY: _____
RICHARD H. GREENE, (ct.08905)
431 HOWE AVENUE
P.O. BOX 2042 HUNTINGTON STATION
SHELTON, CT 06484
(203) 924 - 9361

**CERTIFICATION**

This is to certify that a copy of the Ex-Parte Settlement Conference Memorandum has been mailed on December 02, 2003, all counsel and to the Special Master of record:

Barry P. Beletsky, Esq.
Riccio & Beletsky LLC
310 Main Street Suite 2B
East Haven, CT 06512
Bridgeport, CT 06604

Hon. Joram Hirsch, Esq.
Adelman, Hirsch & Newman
1000 Lafayette Boulevard
Bridgeport, CT 06604

_____
Richard H. Greene