FILED
DEC 8  2 52 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody
    Plaintiff

VS )
) CIVIL ACTION NO.
) 303CV00456(MRK)
)
Kohl's Department Stores, Inc. )
    Defendant )December 5, 2003

### NOTICE OF SERVICE OF DEFENDANT'S SETTLEMENT CONFERENCE MEMORANDUM

The defendant hereby gives notice that it has filed a Settlement Conference Memorandum with Special Master Joram Hirsch on December 5, 2003.

                        THE DEFENDANT

                        BY:_____
                        BARRY P. BELETSKY
                        RICCIO & BELETSKY
                        310 Main Street
                        Suite 2B
                        East Haven, CT  06512
                        (203)469-8080
                        Federal Bar: ct 05313

CERTIFICATION

This is to certify that this Notice has been served upon all counsel of record and the Clerk's Office of the United States District Court on December 5, 2003.

Richard H. Greene, Esq.  
431 Howe Avenue  
Shelton, CT   06484

Hon. Joram Hirsch, Esq.  
Adelman, Hirsch & Newman  
1000 Lafayette Blvd.  
Bridgeport, CT   06604

_____  
BARRY P. BELETSKY