# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Kevin Carmody
v
Kohli

CASE NO.: 303 CV 456 (MRK)

**PRELIMINARY** or **(FINAL)**

### SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS

****NOTE: ALL INFORMATION MUST BE LEGIBLY WRITTEN!****

1. DATE OF CONFERENCE(S): 12/15/03

2. TRIAL ATTORNEYS PRESENT:
   PLAINTIFF: Richard Greene
   DEFENDANT: Barry Belitsky

3. PARTIES PRESENT: Plaintiff Kevin Carmody

4. CASE SETTLED: YES___ NO ✓

5. FOLLOW UP CONFERENCE TO BE SCHEDULED: YES___ NO ✓

6. FINAL SETTLEMENT CONFERENCE REPORT TO BE FILED BY: _____

7. COMMENTS: Defendant intends on filing Motion for Summary Judgement. Settlement position may change.

_____         _____
SPECIAL MASTER SIGNATURE        SPECIAL MASTER SIGNATURE
                                Jordan Hirsch

**THE SPECIAL MASTERS ARE TO COMPLETE AND FILE THIS REPORT WITH THE CLERK'S OFFICE, IMMEDIATELY FOLLOWING THE CONFERENCE**

**A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED**

Rev. 06/01/98