UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 29   2 22 PM '03
U.S. DISTRICT COURT

| | | |
|---|---|---|
| KERIN CARMODY | : | CIVIL ACTION |
| PLAINTIFF | : | 3:03CV00456 (MRK) |
| VS | : | |
| KOHL'S DEPARTMENT STORES, INC | : | DECEMBER 18, 2003 |
| DEFENDANT | | |

## JOINT MOTION FOR EXTENSION OF THE PRETRIAL DEADLINES

Pursuant to Local Rule 7 (b) and FRCP Rule 6 (b) the Plaintiff and the Defendant, by counsel, jointly request an extension of the pretrial deadlines with respect to the deposition of the Plaintiff's expert in the above referenced matter until January 31, 2004. In support of this motion, the Plaintiff and Defendant by counsel state the following:

The current scheduling orders call for the deposition of the Plaintiff's experts to be completed by December 31, 2003.

1. Due to efforts at resolution outstanding discovery issues, scheduling difficulties and recent settlement efforts in this matter, the deposition of the Plaintiff's experts have not taken place.

2. The Plaintiff's safety engineer requires additional time to review the information provided by the Defendant's in its responses to Plaintiff's interrogatories and to conduct further inspection and testing of the floor of the Defendant's premises.

3. The Plaintiff's expert is awaiting permission from the Defendant to conduct inspection

and testing on the subject flooring in order to revise his current report.

4. Due to his current schedule the Plaintiff's safety engineer is not available for a deposition until January 15, 2004.

5. The Defendant's awaiting said revised report and upon receipt will forward notice of deposition of Plaintiff's expert to take place on or before January 31, 2004.

Based on the foregoing, the Parties jointly request that the Court extend the pretrial deadline for completion of Plaintiff's experts depositions to January 31, 2004.

THE PLAINTIFF,
KERIN CARMODY

BY _____
RICHARD H. GREENE, CT 08905
431 HOWE AVENUE, PO BOX 2042
SHELTON, CT 06484
(203) 924-9361


THE DEFENDANT,
KOHL'S DEPARTMENT STORES INC.

BY _____
BARRY BELETSKY, CT 05313
RICCIO & BELETSKY, LLC
310 EAST MAIN STREET, SUITE 2B
EAST HAVEN, CT 06512
(203) 469-8080

## CERTIFICATION

This is to certify that a copy of the foregoing request for extension of time was mailed, postage prepaid, First Class Mail, on this 18th day of December, 2003, to all counsel and pro se parties:

Barry Beletsky, Esq.
310 Main Street
Suite 2B
East Haven, CT 06512

Richard H. Greene, Esq.
431 Howe Avenue
P.O. Box 2042
Shelton, CT 06484

_____
Richard H. Greene