UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KERIN CARMODY, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV456(MRK) |
| v. | : | |
| | : | |
| KOHL'S DEPARTMENT STORES, INC. | : | |
|     Defendant. | : | |

## ORDER

The parties' Joint Motion For Extension Of The Pretrial Deadlines [doc. #21], dated December 18, 2003, is hereby GRANTED to **January 31, 2004** to complete discovery of plaintiff's experts. All other deadlines remain unchanged.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 8, 2004.