## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KERIN CARMODY, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV456(MRK) |
| v. | : | |
| | : | |
| KOHL'S DEPARTMENT STORES, INC. | : | |
|     Defendant. | : | |

### ORDER

Having conferred telephonically with the parties on January 22, 2004, the Court hereby extends the deadline for completion of discovery of plaintiff's experts to **February 13, 2004**. All other deadlines remain unchanged.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
    U.S.D.J.

Dated at New Haven, Connecticut: January 23, 2004.