UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 27  3 09 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

KERIN CARMODY,
    PLAINTIFF

CIVIL ACTION
3:03CV00456 (MRK)

VS

KOHL'S DEPARTMENT STORES, INC,
    DEFENDANT

FEBRUARY 26, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF THE PRETRIAL DEADLINES

Pursuant to Local Rule 7 (b) and FRCP Rule 6 (b) the Plaintiff, by counsel, requests an extension of the pretrial deadlines with respect to the deposition of the Defendant's expert and/or employee witnesses of the Defendant pending disclosure of said witness (s) in the above referenced matter, until April 01, 2004. In support of this motion, the Plaintiff states the following:

1.    The current scheduling orders call for the completion of discovery, including the deposition of the Defendant's experts, by March 01, 2004.

2.    Due to efforts at resolution of certain outstanding discovery concerning Plaintiff's Request for Admissions dated January 26, 2004, which has been provided as of the time of this motion, scheduling difficulties have delayed the deposition of the Defendant's expert.

3.    The Plaintiff's is also awaiting the disclosure of Defendant's employee (s) name and address who may have witnessed all or part of incident for the purpose of deposing them and the provision of the Kohl's Maintenance Manual in effect at the time of the May 26, 2001 incident.

4. Though the trial exposure in this matter is on or after April 1, 2004, per discussion at the telephonic conference between the parties and the court on or about January 22, 2004 it is anticipated the Defendant will file a motion for Summary Judgment, with corresponding objection thereto.

5. The Defendant has been consulted but was unavailable; no objection to this request has been voiced at this time.

WHEREFORE, the plaintiff requests that the Court extend the pretrial deadline for completion of discovery and deposition of Defendant's witnesses to April 01, 2004.

THE PLAINTIFF,
KERIN CARMODY

BY _____
RICHARD H. GREENE, CT 08905
431 HOWE AVENUE, PO BOX 2042
SHELTON, CT  06484
(203) 924-9361

## **CERTIFICATION**

This is to certify that a copy of the foregoing request for extension of time was mailed, postage prepaid, First Class Mail, on this 26th day of February, 2004, to all counsel and pro se parties of record:

Barry Beletsky, Esq.
310 Main Street
Suite 2B
East Haven, CT  06512

_____
Richard H. Greene