UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 1  3 45 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

KERIN CARMODY,                    :    CIVIL ACTION
    PLAINTIFF             :    3:03CV00456 (MRK)

VS                                :

KOHL'S DEPARTMENT STORES, INC,    :    MARCH 31, 2004
    DEFENDANT

### PLAINTIFF'S MOTION FOR EXTENSION OF THE PRETRIAL DEADLINES

Pursuant to Local Rule 7 (b) and FRCP Rule 6 (b) the Plaintiff, by counsel, respectfully request an extension of the pretrial deadlines with respect to the conclusion of discovery for a period of not less than sixty (60) days. Said extension is necessary in order to complete discovery in light of the Defendant's failure to fairly and accurately respond to Plaintiff's discovery requests dated August 25, 2003. In support of this motion, the Plaintiff represents the following:

1. The current scheduling orders call for the completion of discovery, including the deposition of the Defendant's experts, by April 01, 2004.

2. The Plaintiff became aware of the Defendant's material failure to respond to Plaintiff's Interrogatories and Production at the March 26, 2004 deposition of the Defendant employees Barry Coleman and Jerri Thorton. As more particularly set forth in the Plaintiff's Motion to Compel dated March 31, 2004 these employees readily revealed the names of previously unknown employees who may have witnessed Plaintiff's incident, including Joan Moaquin, David Payne, Michael Volpe and David Smolley, none of whom were previously disclosed.

3.   Further, despite the discussion and agreement with the Court during the telephone conference of January 24, 2004 and March 08, 2004, the Plaintiff has still not received responses concerning the name of factually similar cases/incidents at Kohl's stores in Connecticut.

4.   It was further indicated that Barry Coleman's entire investigative file, which includes pictures taken on May 26, 2001, was not disclosed or provided despite Plaintiff's Interrogatories (#10, 22) and Production (#6) specifically requesting these items.

5.   The Defendant's material failure to fairly and accurately respond to Plaintiff's Interrogatories and Production will require amended disclosures of withheld information and likely result in the need for further discovery by the Plaintiff.

6.   Attempts at contacting the Defendant's counsel, who is presently on trial, were unsuccessful with respect to his position regarding this motion.

WHEREFORE, the plaintiff requests the Court extend the pretrial deadlines for completion of discovery, and other deadlines/orders, for a period of not less than sixty days.

THE PLAINTIFF,
KERIN CARMODY

BY _____
RICHARD H. GREENE, CT 08905
431 HOWE AVENUE, PO BOX 2042
SHELTON, CT 06484
(203) 924-9361

## CERTIFICATION

This is to certify that a copy of the foregoing request for extension of time was mailed, postage prepaid, First Class Mail, on this 31th day of March, 2004, to all counsel and pro se parties of record:

Barry Beletsky, Esq.
Riccio & Beletsky LLC
310 Main Street
Suite 2B
East Haven, CT  06512

_____
Richard H. Greene