UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERIN CARMODY,
PLAINTIFF

VS.

KOHL'S DEPARTMENT STORE, INC.,
DEFENDANT

CIVIL ACTION NO.
303CV00456 MRK

FEBRUARY 26, 2004

## PARTIES JOINT STATUS REPORT

A.  CASE STATUS.
    Discovery responses from Defendant relating to employee witness and a maintenance manual, Motions for Summary Judgment and Objections thereto and depositions of Defendant expert and lay witnesses pending; application for extension of the current pretrial deadlines pending at this time.

B.  REFERRAL FOR U.S. MAGISTRATE or SPECIAL MASTER
    FOR SETTLEMENT CONFERENCE.
    The Plaintiff would consent to a settlement conference with a special master or U.S. Magistrate. The Defendant does believe further a further settlement conference(s) would be fruitful at this time.

C.  TRIAL BEFORE U.S. MAGISTRATE.
    The Parties do not consent to trial before a United States Magistrate.

D.  ESTIMATED TRIAL TIME:
    Plaintiff anticipates four to six days for trial.

E.  TRIAL COUNSEL:

Richard H. Greene, ct08905
Law Office of Richard Greene
431 Howe Avenue
Shelton, CT 06484
(203) 924 - 9361

Barry Beletsky, ct 05313
Riccio & Beletsky, LLC
310 Main Street, Suite 2B
East Haven, CT 06512
(203) 469 - 8080