UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody
    Plaintiff

VS

Kohl's Department Stores, Inc.
    Defendant

) 
) CIVIL ACTION NO.
) 303CV00456(JBA)
)
)
) APRIL 6, 2004

### Defendant's Memorandum In Opposition To Plaintiff's Motion To Compel

By pleadings dated March 31, 2004, the plaintiff has filed for an extension of pre-trial deadlines and a Motion To Compel. With respect to the Motion for Extension of Pre-trial Deadlines, the defendant has no objection to plaintiff's extension of time to complete discovery. With respect to the Motion To Compel, sanctions should not be entered against the defendant as it has provided the plaintiff with all information that has been ordered to be disclosed in this matter. With respect to prior reports of injury, plaintiff's counsel has been informed that histories have been obtained from

the Trumbull store which is involved in this incident and the two closest to it, those located in Fairfield and Branford. In the fourteen months those stores were open prior to Ms. Carmody's fall, there were a total of two reports of falls claimed to be caused by wet conditions near an entrance. This shows no pattern of knowledge of a problem at these stores for which any further discovery is warranted.

With respect to the names and addresses of witnesses, the initial report in this action prepared by the Store Manager reported no witnesses to the incident. The answers to interrogatories were prepared based upon this information and provided to the plaintiff in early December, 2003. Within two months of that compliance, the defendant's counsel became aware that a Kohl's cashier, Jerri Thorton, was a witness to this incident. This information was provided to plaintiff's counsel and he took Ms. Thorton's deposition in late March. At her deposition, Ms. Thorton testified that she knew of other

employees that were at the store on the date of the incident and who reported to the scene of the fall after it occurred. No statement had been taken of Jerri Thorton at any time in this matter and no one had known of these "potential" other witnesses until her deposition was taken in this matter. Plaintiff's counsel is free to conduct discovery regarding those individuals and no sanctions need to be entered.

For the foregoing reasons, plaintiff's Motion To Compel should be denied.

THE DEFENDANT

BY: /s/
BARRY P. BELETSKY
RICCIO & BELETSKY
310 Main Street
Suite 2B
East Haven, CT  06512
(203)469-8080
Federal Bar: ct 05313

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, First Class Mail, this 6th day of April, 2004 to the following:

Richard H. Greene, Esq.
431 Howe Avenue
Shelton, CT   06484

BARRY P. BELETSKY