UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KERIN CARMODY, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV456(MRK) |
| v. | : | |
| | : | |
| KOHL'S DEPARTMENT STORES, INC. | : | |
|     Defendant. | : | |

## RULING AND SCHEDULING ORDER

The parties having conferred with the Court regarding pending motions during an on-the-record telephonic conference on April 15, 2004, the Court enters the following orders:

1.  Plaintiff's Motion to Compel Answers to Interrogatories and Production [doc. # 27] is GRANTED. Defendant will confer with Plaintiff to agree upon the scope of the additional production required by the Court's order and a prompt timetable for completing that required discovery. The Court also GRANTS Plaintiff's request for sanctions and orders Defendant to pay for (or reimburse Plaintiff for) the costs of providing Plaintiff with a transcript of the depositions of Mr. Coleman and Ms. Thornton.

2.  Plaintiff's Motion for Extension of the Pretrial Deadlines [doc. # 26] is GRANTED. The following deadlines will govern:

    a.  **Discovery:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **June 1, 2004**:

> **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules.  Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

b. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **July 1, 2004**.

c. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **August 1, 2004**.  If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

d. **Status Conference:** A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **JUNE 15, 2004 at 8:30 a.m.**  Plaintiff's counsel will initiate the conference call.  The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **June 8, 2004**.

**THE PARTIES SHOULD NOT ANTICIPATE ANY FURTHER EXTENSIONS OF THIS SCHEDULE.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: April 19, 2004.

RE:     **CASE NO. 3:03cv456 (MRK)**
----------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**

----------------------------------------------------------------

On or before **June 8, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

                                      BY ORDER OF THE COURT
                                      KEVIN F. ROWE, CLERK