UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

April 15, 2004
9:00 a.m.

CASE NO. **3:03cv456 MRK**   **Carmody v Kohl's Department Store**

Barry P. Beletsky
Riccio & Beletsky
310 Main St., Suite 2B
East Haven, CT 06512
203-469-8080

Richard H. Greene
431 Howe Ave.
Shelton, CT 06484
203-924-9361

STATUS CONFERENCE HELD
DATE: 4/15/04
30 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK