FILED

Apr 29  10 32 AM '04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KERIN CARMODY, ) | |
| ) | Case No. 3:03CV00456(JBA) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KOHL'S DEPARTMENT ) | |
| STORES, INC., ) | |
| ) | APRIL 28, 2004 |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendant, Kohl's Department Stores, Inc., in the above-captioned case, in addition to the appearance of Barry P. Beletsky already on file.

RESPECTFULLY SUBMITTED,

BY_____
DAVID J. BAKER
RICCIO & BELETSKY, LLC
310 MAIN ST., SUITE 2B
EAST HAVEN, CT 06512
FED BAR # CT 11934
(203)469-8080

**CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 28th day of April, 2004.

Richard H. Greene, Esq.
431 Howe Avenue
Shelton, CT 06484

                                          DAVID J. BAKER