FILED

Apr 29  10 32 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody )
    Plaintiff )
 )
VS )CIVIL ACTION NO.
 )303CV0456 (JBA)
 )
Kohl's Department Stores, Inc. )
    Defendant )April 28, 2004

## **LOCAL RULE 9(c)(1) STATEMENT**

    1.  It is not disputed that the plaintiff in her deposition stated that she never saw any condition on the floor that may have caused her to fall until 20 to 30 minutes after she fell, when she saw water on the floor.

    2.  It is not disputed that plaintiff admits that she does not know how long water was on the floor where she fell or whether it was there prior to the time of her fall.

3.  It is not disputed that plaintiff never actually saw any water on the floor until she did "wake up" 20 to 30 minutes after the alleged fall.

4.  It is not disputed that plaintiff admits she does not know what caused her to fall.

5.  It is not disputed that that there is no evidence that the floor was wet until well after the plaintiff had fallen.

6.  It is not disputed that there is no evidence that the floor was wet, or slippery, or dangerous, prior to the time that the plaintiff fell.

7.  It is not disputed, therefore, that plaintiff's allegation that a slippery or dangerous condition existed "for a prolonged period of time", a necessary component of plaintiff's cause of action, is unsupported by any evidence.

THE DEFENDANT,
KOHL'S DEPARTMENT STORES

BY: _____
DAVID J. BAKER, ESQ.
RICCIO & BELETSKY LLC
310 MAIN STREET
SUITE 2B
EAST HAVEN, CT 06512
TEL. 469-8080
FEDERAL BAR #11934

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, on this 28th day of April 2004 to:

Richard H. Greene, Esq.
431 Howe Avenue
Shelton, CT  06484

_____
DAVID J. BAKER, ESQ.