UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody
:   Plaintiff
:
VS   :   Civil Action No.
:   303CV00456 (MRK)
:
Kohl's Department Stores, Inc.   :
Defendant   :   May 07, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Kerin Carmody, in the above-captioned matter, pursuant to Local Rule 7 (b), respectfully request an extension of time until June 18, 2004 to respond to the Defendant's Motion for Summary Judgment dated April 26, 2004 based on the following:

1. This is the first request for a continuance in the above-matter.

2. The current pretrial deadlines call for completion of discovery on June 01, 2004 with dispositive motions to be filed on or before July 01, 2004.

3. Pursuant to the last conference with the court the Plaintiff has received further discovery information concerning other incidents with the Defendant which may yield further relevant evidence in response to the Defendant's Motion For Summary Judgment.

4. Counsel for the Plaintiff has a scheduled vacation the third week of May.

5. Defense counsel has been consulted and there is an objections to this motion.

Wherefore, for the foregoing reasons the plaintiff respectfully requests this court grant this motion for extension of time.

THE PLAINTIFF,
KERIN CARMODY

BY: _____
RICHARD H. GREENE, CT08905
LAW OFFICE OF RICHARD GREENE
431 HOWE AVENUE
P.O. BOX 2042
SHELTON, CT  06484

## CERTIFICATION

This is to certify that a copy of the foregoing Extension of Time has been served pursuant to local rule 5(f) via fax and mailed on this date, May 07, 2004, postage prepaid, to all counsel and pro se parties of record:

Barry Beletsky, Esq.,
David J. Baker, Esq.
Ricco & Beletsky
310 Main Street, Suite 2B
East Haven, CT  06512

_____
Richard H. Greene