## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

KERIN CARMODY,                          :
        Plaintiff,                :          CIVIL ACTION NO.
                      :          3:03CV456 (MRK)
v.                                      :
                      :
KOHL'S DEPARTMENT STORES, INC.  :
        Defendant.                :

## <u>ORDER</u>

Plaintiff's Motion For Extension Of Time To Respond To Defendant's Motion For Summary Judgment [doc. # 36], dated May 7, 2004, is hereby GRANTED.  Plaintiff shall respond to Defendant's Motion For Summary Judgment on or before **June 18, 2004**.

IT IS SO ORDERED.

/s/          Mark R. Kravitz
              U.S.D.J.

Dated at New Haven, Connecticut: <u>May 18, 2004</u>.