1.    A copy of the policies or procedure identified in response to interrogatory # 5.

2.    A copy of the report identified in the response to interrogatory # 9.

3.    A copy of the statement/report identified in the response to interrogatory #10.

4.    A copy of any written complaints identified in interrogatory # 14 and # 16.

5.    A copy of any surveillance tapes identified in the response to interrogatory # 19.

6.    A copy of any photographs identified in the response to interrogatory # 22.

7.    A copy of declaration page(s) evidencing the insurance policy(ies) identified in the

response to interrogatories # 41 & 42.

8.    Copies of any non-privileged statements of any party in this lawsuit concerning this

action or its matter.

THE PLAINTIFF,
KERIN CARMODY


BY:  _____

RICHARD H. GREENE (ct.08905)
431 HOWE AVENUE
P.O. BOX 2042, HUNTINGTON STATION
SHELTON, CT 06484
(203) 924-9361

## CERTIFICATION

This is to certify that a copy of the foregoing request for production has been

mailed on this date, postage prepaid, to all counsel and pro se parties of record:

Barry Beletsky, Esq.
Riccio & Beletsky
310 Main Street, Suite B
East Haven, CT  06512


RICHARD H. GREENE (ct.08905)

EXHIBIT "C"

Nov 12 03 11:56a   RI  A                    20?  '69-0011                P.2

## Kohl's Incident Report : For    with Customers and the Public

JUL 26 2001

Instructions: Report all incidents by phone to 800-793-5716 within 24 hours. Complete both sides of written report in full and send a copy with original photographs and / or videotape to Liberty Mutual. Retain the original report and another set of pictures in the store file. If a product or other physical evidence is involved, remove from the store floor and tag it appropriately . Retain the evidence at the store until Liberty Mutual contacts you for disposition.

Date of Report: 5/26/01  Date of Incident  5/26/01   Store Location Number   029403

Date Reported by phone to Liberty Mutual  5/26/01   Liberty Mutual Claim Number  P949 - 109 319. 01

Store address (Include City, State, and Zip Code):   100 Hawley Avenue, Trumbull, CT 06611

Store Phone (Include Area Code)  (203)  ~~338~~ 378 - 8199

Print full name, title, address, and phone number of party completing this report:  BARRY Coleman
Store Manager
388-8199 w

Name of person involved ___ Kevin Carmody - Fawzi

Social Security number of person involved  561 - 88 - 0711

Complete Home Address(city, state, zip) :  10 Hawthorne Ave  #12
Derby   CT   06418

Age  45   Sex (M/F)  Female   Business Address: (city, state, zip): _____

Phone Number(s) Home: ( 203 ) 734 - 8391  Business:( )

Name(s) of Companion(s) with person involved - Include, name, age, address, telephone numbers:_____

Location of incident:  Front  of  Store  (After Carpet [Front mat] Ends)

Time of Incident:  1 : 25   AM (PM)  Weather Conditions:  Rainy

Description of Incident: (Be specific and state facts):  Entered  Store  after  mat  ended
walked  on  Tile - slipped (shoes must have still been wet)

Name and address of manufacturer or supplier involved in the incident include the SKU number of the product involved: _____

Extent of injury - list all injured body parts as reported by the person involved:  Fell  on  Left Knee,
hurt  wrist all  the  way  to  her  shoulder

Was medical treatment sought?   NO

Was any medical assistance provided at time of incident? If yes, indicate who provided and type of assistance:  NO

Name of Physician, Clinic or Hospital if the person sought medical treatment after the incident:  N/A

PAGE TWO : – SIDE TWO—

WITNESSES: (INCLUDE EMPLOYEES, CUSTOMERS AND ANYONE WHO INSPECTED OR OBSERVED THE AREA):

Name:_____  Address:_____

Telephone Number:_____  Employee: (Yes/No):_____

Name:_____  Address:_____

Telephone Number:_____  Employee: (Yes/No):_____

Name:_____  Address:_____

Telephone Number:_____  Employee: (Yes/No):_____

Name:_____  Address:_____

Telephone Number:_____  Employee: (Yes/No):_____

Name:_____ – _____  Address:_____

Telephone Number:_____  Employee: (Yes/No):_____

Photographs taken of area (Yes/No ) _____ If person involved slipped on a substance state type of substance and color of substance _____

Type of floor?_ _Tile_____  Color of Floor?___White_____

Describe the type of shoes the person involved was wearing?___Sneakers_____

Was the person involved carrying anything? If yes, describe: _____ a Pocket book_____

Was the person involved wearing glasses?___Yes____  Was the person involved pushing a cart ?___No___

Does any store videotape show the incident? Yes/ No  If yes, provide a copy of the tape to Liberty Mutual and retain a copy at the store.

Describe the attitude of the person involved:___a Upset_____

USE AREA BELOW TO DIAGRAM THE LOCATION WHERE THE INCIDENT OCCURRED:

Fell

Tile

Carpet

Front Entrance

EXHIBIT "D"

