UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUN 7  8 27 AM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

Kerin Carmody
    Plaintiff
        :
        :    CIVIL ACTION NO.
VS                                  :    303CV00456 (MRK)
        :
Kohl's Department Stores, Inc.    :
    Defendant                   :    June 3, 2004

### NOTICE OF SERVICE OF
### PARTIES JOINT STATUS REPORT

The Plaintiff, Kerin Carmody, and the Defendant Kohl's Department Store Inc., by counsel, in accordance with scheduling order dated April 19, 2004 in the above-captioned matter, pursuant to local rule 53(c), gives notice of service of the Parties' Joint Status Report.

                    THE PLAINTIFF,
                    KERIN CARMODY

BY: _____
      RICHARD H. GREENE, (ct.08905)
      431 HOWE AVENUE
      P.O. BOX 2042 HUNTINGTON STATION
      SHELTON, CT 06484
      (203) 924 - 9361

## **CERTIFICATION**

This is to certify that a copy of the Joint Status Report has been faxed and mailed on June 3, 2004 to all counsel of record:

David J. Baker, Esq.
Riccio & Beletsky LLC
310 Main Street Suite 2B
East Haven, CT  06512

Barry P. Beletsky, Esq.
Riccio & Beletsky LLC
310 Main Street Suite 2B
East Haven, CT  06512

_____
Richard H. Greene, Esq.