UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KERIN CARMODY, | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 303CV00456 MRK |
| VS. | : | |
| KOHL'S DEPARTMENT STORE, INC., | : | JUNE 3, 2004 |
| DEFENDANT | | |

**PARTIES JOINT STATUS REPORT**

A. CASE STATUS.
   Motion to Compel Production of scene photographs and Motion for Summary Judgment and Objections thereto pending.

B. REFERRAL FOR U.S. MAGISTRATE or SPECIAL MASTER
   FOR SETTLEMENT CONFERENCE.
   The Plaintiff would consent to a settlement conference with a special master or U.S. Magistrate. The Defendant does believe further settlement conference(s) would be fruitful at this time.

C. TRIAL BEFORE U.S. MAGISTRATE.
   The Parties do not consent to trial before a United States Magistrate.

D. ESTIMATED TRIAL TIME:
   Plaintiff anticipates six to eight days for trial.
   Defendant anticipates three days for trial.

E. TRIAL COUNSEL:

Richard H. Greene, ct08905
Law Office of Richard Greene
431 Howe Avenue
Shelton, CT 06484
(203) 924 - 9361

Barry Beletsky, ct 05313
David J. Baker, ct 11934
Riccio & Beletsky
310 Main Street, Suite 2 B
East Haven, CT 06512
(203) 469-8080

## CERTIFICATION

This is to certify that a copy of the Parties Joint Status Report dated June 3, 2004, was mailed, postage prepaid, via first class mail, on this 3rd day of June, 2004 to all counsel and pro-se parties of record:

Barry P. Beletsky, Esq.
Riccio & Beletsky LLC
310 Main Street Suite 2B
East Haven, CT 06512

David J. Baker, Esq.
Riccio & Beletsky LLC
310 Main Street Suite 2B
East Haven, CT 06512

Richard H. Greene