UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody
    Plaintiff

VS

Kohl's Department Stores, Inc.
    Defendant

Civil Action No.
303CV00456 (MRK)

June 17, 2004

LOCAL RULE 56(a)(2) STATEMENT

The Plaintiff, Kerin Carmody, in the above-captioned matter, pursuant to Local Rule 56(a)(2), respectfully provides this statement relating to the Defendant's Motion for Summary Judgment dated April 26, 2004, Local Rule 56(a)(1) statement:

1. Admitted.

2. Disputed.

3. Disputed.

4. Disputed.

5. Disputed.

6. Disputed.

7. Disputed.

1

DISPUTED ISSUES OF MATERIAL FACT:

1.   The Defendant Kohl's Department Store denies it was negligent and careless in maintaining, controlling, cleaning the front floor area, that the defendant Kohl's Department Store allowed this slippery and dangerous condition to remain for a prolonged period, that the defendant Kohl's Department Store failed to warn business invitees of the slippery and dangerous condition of the floor area, and that the defendant Kohl's Department Store failed to post and protective barriers or otherwise failed to warn its customers of the slippery and dangerous front floor area.

2.   The Defendant Kohl's Department Store denies plaintiff suffered serious and painful injuries as a result of her fall, including a right extremity torn rotator cuff and right knee sprain.

3.   The Defendant Kohl's Department Store denies the plaintiff has expended and will be obligated to expend large sums of money for medical, hospital and surgical treatment, including diagnostic tests, therapies and medications.

4.   The Defendant Kohl's Department Store denies plaintiff lost time from work due to her aforementioned injuries.

5.   The Defendant Kohl's Department Store denies impairment to plaintiff with respect to her ability to pursue and enjoy activities pursued prior to her injuries.

Case 3:03-cv-00456-MRK    Document 42    Filed 06/18/2004    Page 2 of 3

THE PLAINTIFF,<br>
KERIN CARMODY

BY: _[signature] Richard H. Greene_
RICHARD H. GREENE, CT08905
LAW OFFICE OF RICHARD GREENE
431 HOWE AVENUE
P.O. BOX 2042
SHELTON, CT 06484
(203) 924-9361 Phone
(203) 922-1636 Fax

## CERTIFICATION

This is to certify that a copy of the Local Rule 56 (a)(2) statement was mailed postage prepaid, First Class Mail, on this date, June 18, 2004, to all counsel and pro se parties of record:

Barry Beletsky, Esq.,
David J. Baker, Esq.
Ricco & Beletsky
310 Main Street, Suite 2B
East Haven, CT 06512

_[signature]_
Richard H. Greene