UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KERIN CARMODY, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV456 (MRK) |
| v. | : | |
| | : | |
| KOHL'S DEPARTMENT STORES, INC. | : | |
|     Defendant. | : | |

## ORDER

Plaintiff's Motion To Compel Production Of Photograph [doc. # 38], dated June 1, 2004, is hereby **DENIED as moot**.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 23, 2004.