FILED
JUL 1 1 57 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody
    Plaintiff
                                 )
VS                                 )CIVIL ACTION NO.
                                 )303CV00456(MRK)
                                 )
Kohl's Department Stores, Inc.  )
    Defendant                    )JUNE 29, 2004

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

The undersigned defendant, Kohl's Department Stores, Inc., hereby requests an additional five (05) days or until July 2, 2004, within which to file a Reply Brief to the plaintiff's Objection To Motion For Summary Judgment, which was only recently received. Plaintiff's counsel has no objection to this request for an extension of time to Reply.

                                 THE DEFENDANT,

                                 BY_____
                                 DAVID J. BAKER, ESQ.
                                 RICCIO & BELETSKY, LLC
                                 310 Main Street, Suite 2B
                                 East Haven, CT  06512
                                 Telephone: (203) 469-8080
                                 FED BAR CT:11934

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 29th day of June, 2004 to:

Richard H. Greene, Esq.
431 Howe Avenue
Shelton, CT   06584

_____
DAVID J. BAKER, ESQ