FILED

JUL 1 1 57 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody
    Plaintiff
                                   )
VS                              )CIVIL ACTION NO.
                                 )303CV00456 (MRK)
                                 )
Kohl's Department Stores, Inc. )
    Defendant                     )JUNE 29, 2004

**NOTICE OF AMENDMENT TO MOTION FOR SUMMARY JUDGMENT**
**PURUSANT TO F.R.C.P. RULE 15**

Pursuant to F.R.P.C. 15 the defendant gives notice of an amendment to its Motion For Summary Judgment by attaching hereto the correct pages of deposition transcript which should have been originally attached to the defendant's Motion For Summary Judgment. In this regard, the defendant attaches hereto as Exhibit B to defendant's Motion For Summary Judgment pages 33, 34 and 26 of the deposition transcript of Jerri Thornton and page 31 of deposition transcript of Barry Coleman as Exhibit C in lieu of the deposition transcript that was

previously attached to the defendant's Motion For Summary Judgment.

```
                        THE DEFENDANT,
                        KOHL'S DEPARTMENT STORES

                        BY:_____
                            DAVID J. BAKER, ESQ.
                            RICCIO & BELETSKY LLC
                            310 MAIN STREET
                            SUITE 2B
                            EAST HAVEN, CT 06512
                            TEL. 469-8080
                            FEDERAL BAR #11934
```

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, on this 29th day of June, 2004 to:

Richard H. Greene, Esq.
431 Howe Avenue
Shelton, CT    06484

```
_____
DAVID J. BAKER, ESQ.
```

```
 1    A    No, I don't think it's unusual at all.
 2    Q    Okay.  Did you observe anything on the
 3  floor that could have contributed to Ms. Carmody's fall?
 4    A    No.
 5    Q    You said she just went down?
 6    A    She just went down like that.  Boom.
 7  (Indicating.)
 8    Q    Now, you didn't see anything or you were
 9  more concerned about her?
10    A    I didn't see anything on the floor.
11  Nothing.
12    Q    And you didn't move her either?
13    A    No, not until she moved herself and then I
14  helped her get up.
15    Q    How did she appear at that time?
16    A    As I said, embarrassed.
17    Q    Okay.
18    A    And I guess -- I can't tell you how she
19  felt.  I really don't know.
20    Q    I am not asking how she felt, how she
21  physically appeared?
22    A    She appeared fine to me once I got her up.
23    Q    There's nothing that stands out in your
24  mind at that time that looked unusual about her?
25    A    No.
```

```
 1      Q      And she didn't appear wet at all?
 2      A      No, she wasn't wet.
 3      Q      What was the weather on May 26?
 4      A      Unless I am mistaken I think it was a nice
 5  day but then we had those showers that come now and again,
 6  you know,
 7      Q      I am asking, do you remember what the
 8  weather was like on May 26, 2001?  You're under oath.
 9      A      I know I'm under oath.  I thought it was a
10  nice day.  I really did.
11      Q      Okay.
12      A      You know, I can't say, because I remember
13  it being a nice day.
14      Q      Nice day but some passing showers?
15      A      Showers, yes.
16      Q      Ms. Carmody did not appear wet?
17      A      No.
18      Q      Have there been any other fall-downs in the
19  front area of the store, to your knowledge, before Ms.
20  Carmody was injured?
21      A      No, there hadn't been any before her and
22  there hasn't been any after her.
23      Q      What about other parts of the store?
24      A      I can't tell you about the other parts of
25  the store, I am just one register and I don't know, I never
```

1    A        I have no idea, I have never seen the woman
2  before in my life.  I don't know how long she was in there.
3  I don't know anything.  All I know that she was coming down
4  and the next thing I knew she was on the floor.
5    Q        Okay.  Do you know what she was doing at
6  the time she was walking down there?  Was she doing
7  anything?  Shopping?
8    A        I don't know.  I really don't know.
9    Q        Do you recall helping Ms. Carmody check out
10 some items?
11   A        No.
12   Q        That wasn't you?
13   A        I didn't check her out because when she got
14 up off the floor, I know she says she felt embarrassed.
15 She passed a remark, "I'm so embarrassed" and then she got
16 up and she walked out the front door and she sat on the
17 bench that's in the lobby, for a few minutes.  She just sat
18 there and then she got up and she walked out and that was
19 it.
20   Q        And you didn't observe her getting any
21 items that particular day?
22   A        No, I didn't.
23   Q        Were there other customers there at the
24 time?
25   A        When you say "other customers," are you

```
 1      A       I would say about five, ten minutes, you
 2  know, to make sure if there was a problem it wouldn't be
 3  occurring again.
 4      Q       What was the problem, to your recollection?
 5      A       To my understanding, that she slipped.
 6      Q       What does the incident report indicate?
 7      A       I guess I assumed she had wet feet because
 8  that's what I just wrote, that she must have had wet feet,
 9  wet shoes or something because the tiles were not wet.
10      Q       The tiles were not wet.  Again, you don't
11  know how long --- when you first got to Ms. Carmody, was she
12  on the floor or was she standing?
13      A       I really don't recall.
14      Q       And you don't know how long it was or how
15  long it took you to get there from the time she fell.  Is
16  that a fair statement?
17      A       That's a fair statement.  I don't know.
18      Q       Again, she had fallen, is it possible her
19  clothing could have absorbed some water on the floor?
20              MR. BELETSKY:  Objection to the form of the
21          question.  You are asking him to speculate.
22          Anything is possible.
23              THE WITNESS:  Yes, anything is possible.
24
25
```