FILED

JUL 1  1 57 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody
    Plaintiff
                                 )
VS                              )CIVIL ACTION NO.
                               )303CV00456 (MRK)
                               )
Kohl's Department Stores, Inc.  )
    Defendant                      )JUNE 28, 2004

### LOCAL RULE 56(a)(1) STATEMENT

The defendant in the above captioned case hereby submits for filing with its April 26, 2004 Motion for Summary Judgment and Memorandum of Law (already on file) the attached Statement and Exhibits in compliance with Local Rule 56(a)(1) and (a)(3):

    1. It is not disputed that the plaintiff in her deposition stated that she never saw any condition on the floor that may have caused her to fall until 20 to 30 minutes after she fell, when she saw water on the floor. See Deposition Transcript of plaintiff Kerin Carmody at pages 22, 25 (attached).

2. It is not disputed that plaintiff admits that she does not know how long water was on the floor where she fell or whether it was there prior to the time of her fall. See Deposition Transcript of plaintiff Kerin Carmody at page 27 (attached).

3. It is not disputed that plaintiff never actually saw any water on the floor until she did "wake up" 20 to 30 minutes after the alleged fall. See Deposition Transcript of plaintiff Kerin Carmody at pages 22, 25 (attached).

4. It is not disputed that plaintiff admits she does not know what caused her to fall. See Deposition Transcript of plaintiff Kerin Carmody at pages 22, 25 (attached).

5. It is not disputed that that there is no evidence that the floor was wet until well after the plaintiff had fallen. See Deposition Transcript of plaintiff Kerin Carmody at pages 22, 25 (attached); see also Deposition Transcript of Jerri Thornton at

pages 33-34, and Deposition Transcript of Barry Coleman at page 31.

6. It is not disputed that there is no evidence that the floor was wet, or slippery, or dangerous, prior to the time that the plaintiff fell. See Deposition Transcript of plaintiff Kerin Carmody at pages 22, 25 (attached).

7. It is not disputed, therefore, that plaintiff's allegation that a slippery or dangerous condition existed "for a prolonged period of time", a necessary component of plaintiff's cause of action, is unsupported by any evidence. See Deposition Transcript of plaintiff Kerin Carmody at pages 22, 25 (attached).

THE DEFENDANT,
KOHL'S DEPARTMENT STORES

BY: _____
DAVID J. BAKER, ESQ.
RICCIO & BELETSKY LLC
310 MAIN STREET
SUITE 2B
EAST HAVEN, CT 06512
TEL. 469-8080
FEDERAL BAR #11934

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, on this 29 day of June 2004 to:

Richard H. Greene, Esq.
431 Howe Avenue
Shelton, CT   06484

_____
DAVID J. BAKER, ESQ.

22

```
 1   your credit card?
 2        A    Absolutely.
 3        Q    Absolutely yes?
 4        A    Yes.
 5        Q    So you came in the entrance door.  Did you
 6   look at the carpet at that point?
 7        A    Yes, and I wiped my feet, which I always
 8   do, and the next thing I knew I was off of the carpet
 9   and I was face first.
10        Q    What caused you to fall?
11        A    When I woke up, which I was left on the
12   floor for over a half hour, there was water, there
13   were people with umbrellas, and it was slippery and I
14   fell face first.
15        Q    Did you notice it was slippery before you
16   fell?
17        A    Not at the time, no, but when I woke up
18   there was water all around me.
19        Q    How many steps did you take on the tile
20   floor before you slipped?
21        A    Approximately two to three.
22        Q    Did you have any difficulty walking those
23   first two to three steps?
24        A    All I know is that after the two or three
25   steps I was face down in excruciating pain.
```

```
 1      Q    And you stated that was a half hour of
 2   the fall occurred?
 3      A    I was in and out of consciousness be
 4   of shock, and whenever the time was, I don't
 5   recollect.
 6      Q    Could it have been a minute, could it
 7   been ten minutes, could it have been a half hou:
 8      A    It could have been a half hour.
 9      Q    Could it have been ten minutes?
10      A    Not that I recollect.
11      Q    So, could it have been as little as 20
12   minutes?
13      A    According to the witnesses I was on the
14   floor for over a half hour.
15      Q    And you got up as soon as you regained
16   consciousness?
17      A    The manager who came over tried to get me
18   out of the store.  I was dizzy.  I was sick to my
19   stomach.  And I asked him, I said that I want to make
20   a witness report and he refused.  So he took a piece
21   of yellow paper, he ripped it off and he put Barry
22   Coleman on there, and that's all he put, Barry
23   Coleman, and he told me, he said that he thought that
24   I had done this previously, that I was somebody who
25   did slip and falls, and he accused me that it was my
```

27

1  A   Well, if it wasn't water it was something
2  very slippery.
3  Q   What did you feel it was as you were
4  stepping that caused you to fall?
5  A   Something very wet, and all I know is I
6  just slipped and within two seconds I was face down
7  and my first concern that everybody heard was that I
8  was afraid that I had broken my glasses, I was afraid
9  to open my eyes.
10 Q   Had you broken your glasses?
11 A   No.  They were bent up but they weren't
12 broken.
13 Q   How long had the water been on the floor
14 before you fell?
15 A   How would I know?
16 Q   Do you know how long the water had been on
17 the floor before you fell?
18 A   There's no way I would have known.
19 Q   How big was the spot of water on the floor
20 that you fell on?
21 A   It was big enough for my foot to slip on.
22 Q   How big is that?
23 A   I have a size ten shoe.
24 Q   Would it have been less than a foot in
25 diameter?

```
 1        A       I would say about five, ten minutes, you
 2   know, to make sure if there was a problem it wouldn't be
 3   occurring again.
 4        Q       What was the problem, to your recollection?
 5        A       To my understanding, that she slipped.
 6        Q       What does the incident report indicate?
 7        A       I guess I assumed she had wet feet because
 8   that's what I just wrote, that she must have had wet feet,
 9   wet shoes or something because the tiles were not wet.
10        Q       The tiles were not wet.  Again, you don't
11   know how long -- when you first got to Ms. Carmody, was she
12   on the floor or was she standing?
13        A       I really don't recall.
14        Q       And you don't know how long it was or how
15   long it took you to get there from the time she fell.  Is
16   that a fair statement?
17        A       That's a fair statement.  I don't know.
18        Q       Again, she had fallen, is it possible her
19   clothing could have absorbed some water on the floor?
20               MR. BELETSKY:  Objection to the form of the
21        question.  You are asking him to speculate.
22        Anything is possible.
23               THE WITNESS:  Yes, anything is possible.
24
25
```

```
 1         A      I have no idea. I have never seen the woman
 2   before in my life.  I don't know how long she was in there.
 3   I don't know anything.  All I know that she was coming down
 4   and the next thing I knew she was on the floor.
 5         Q      Okay.  Do you know what she was doing at
 6   the time she was walking down there?  Was she doing
 7   anything?  Shopping?
 8         A      I don't know.  I really don't know.
 9         Q      Do you recall helping Ms. Carmody check out
10   some items?
11         A      No.
12         Q      That wasn't you?
13         A      I didn't check her out because when she got
14   up off the floor, I know she says she felt embarrassed.
15   She passed a remark, "I'm so embarrassed" and then she got
16   up and she walked out the front door and she sat on the
17   bench that's in the lobby, for a few minutes.  She just sat
18   there and then she got up and she walked out and that was
19   it.
20         Q      And you didn't observe her getting any
21   items that particular day?
22         A      No, I didn't.
23         Q      Were there other customers there at the
24   time?
25         A      When you say "other customers," are you
```

```
 1     Q     And she didn't appear wet at all?
 2     A     No, she wasn't wet.
 3     Q     What was the weather on May 26?
 4     A     Unless I am mistaken I think it was a nice
 5  day but then we had those showers that come now and again,
 6  you know,
 7     Q     I am asking, do you remember what the
 8  weather was like on May 26, 2001? You're under oath.
 9     A     I know I'm under oath. I thought it was a
10  nice day. I really did.
11     Q     Okay.
12     A     You know, I can't say, because I remember
13  it being a nice day.
14     Q     Nice day but some passing showers?
15     A     Showers, yes.
16     Q     Ms. Carmody did not appear wet?
17     A     No.
18     Q     Have there been any other fall-downs in the
19  front area of the store, to your knowledge, before Ms.
20  Carmody was injured?
21     A     No, there hadn't been any before her and
22  there hasn't been any after her.
23     Q     What about other parts of the store?
24     A     I can't tell you about the other parts of
25  the store, I am just one register and I don't know, I never
```

1   A    No, I don't think it's unusual at all.

2   Q    Okay. Did you observe anything on the
3   floor that could have contributed to Ms. Carmody's fall?

4   A    No.

5   Q    You said she just went down?

6   A    She just went down like that. Boom.
7   (Indicating.)

8   Q    Now, you didn't see anything or you were
9   more concerned about her?

10  A    I didn't see anything on the floor.
11  Nothing.

12  Q    And you didn't move her either?

13  A    No, not until she moved herself and then I
14  helped her get up.

15  Q    How did she appear at that time?

16  A    As I said, embarrassed.

17  Q    Okay.

18  A    And I guess -- I can't tell you how she
19  felt. I really don't know.

20  Q    I am not asking how she felt, how she
21  physically appeared?

22  A    She appeared fine to me once I got her up.

23  Q    There's nothing that stands out in your
24  mind at that time that looked unusual about her?

25  A    No.