**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KERIN CARMODY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV456 (MRK) |
| v. | : | |
| | : | |
| KOHL'S DEPARTMENT STORES, INC. | : | |
| Defendant. | : | |

**ORDER**

Defendant's Motion For Extension Of Time To File Reply Brief [doc. # 46], dated

June 29, 2004, is GRANTED.  The Clerk is directed to docket Defendant's Reply Brief to

Objection to Motion for Summary Judgment dated June 30, 2004.

IT IS SO ORDERED.


/s/      Mark R. Kravitz
United States District Judge


Dated at New Haven, Connecticut: July 8, 2004.