UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KERIN CARMODY,                :     CIVIL ACTION
            PLAINTIFF         :     3:03CV00456(MRK)

VS                            :

KOHL'S DEPARTMENT STORES, INC, :    JANAURY 07, 2005
            DEFENDANT

## JOINT PARTIES MOTION FOR EXTENSION OF THE PRETRIAL DEADLINES

Pursuant to Local Rule 7 (b) and FRCP Rule 6 (b) the Plaintiff, by counsel, respectfully request an extension of the deadlines with respect to the filing of the parties joint trial memorandum until January 13, 2005. In support of this motion, the Plaintiff represents the following:

1.   The current scheduling orders call for the completion and filing of the joint trial memorandum by January 10, 2004.

2.   Trial counsel for the Plaintiff has been experiencing flu-like which symptoms which increased in intensity subsequent to the telephonic conference with the court on January 05, 2005.

3.   The additional time is necessary in order for the completion of the parties joint trial memorandum.

4.   The Defendant has been consulted and no objection to this request has been voiced at this time.

WHEREFORE, the plaintiff requests the Court extend the time for the filing of the Joint Parties' Pretrial Memorandum order deadline until January 13, 2005.

                            THE PLAINTIFF,
                            KERIN CARMODY

                            BY _____
                            RICHARD H. GREENE, CT 08905
                            431 HOWE AVENUE, PO BOX 2042
                            SHELTON, CT  06484
                            (203) 924-9361     Fax: (203) 922-1636

## **CERTIFICATION**

This is to certify that a copy of the foregoing request for extension of time was sent pursuant to local rule on January 07, 2005, to all counsel and pro se parties of record:

Barry Beletsky, Esq.
David Baker, Esq.
Riccio & Beletsky LLC
310 Main Street, Suite 2B
East Haven, CT  06512

                                              _____
                                              Richard H. Greene