FILED

2005 JAN 14 P 1:28

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody
    Plaintiff

VS

Kohl's Department Stores, Inc.
    Defendant

)
)
) CIVIL ACTION NO.
) 303CV00456(MRK)
)
)
)
) January 12, 2005

**<u>DEFENDANT'S SUPPLEMENT TO JOINT TRIAL MEMORANDUM</u>**

Appended hereto are defendant's Proposed Verdict Form, Voir Dire questions and Jury Instructions in the above matter.

                              THE DEFENDANT

                              BY:_____
                              BARRY P. BELETSKY
                              RICCIO & BELETSKY
                              310 Main Street
                              Suite 2B
                              East Haven, CT  06512
                              (203)469-8080
                              Federal Bar: ct 05313

CERTIFICATION

This is to certify that a copy of the foregoing was mailed US Main this 12th day January, 2005 to:

Richard H. Greene, Esq.
431 Howe Avenue
Shelton, CT   06615

_____
BARRY P. BELETSKY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kerin Carmody
    Plaintiff

VS

Kohl's Department Stores, Inc.
    Defendant

) CIVIL ACTION NO.
) 303CV00456(MRK)
)
) January 12, 2005

**PROPOSED VERDICT FORM**

9(3)(B)

We the jury unanimously find:

I. **DEFENDANT'S LIABILITY**

    1. Do you find that the defendant KOHL'S DEPARTMENT STORES was negligent in one or more of the ways alleged in the complaint?

    YES_____    NO_____

    2. If your answer to question 1 is "yes," do you find that such negligence was a proximate cause of the injuries claimed by the plaintiff Kerin Carmody?

    YES_____    NO_____

If you have found that the defendant was not negligent or that its negligence was not a proximate cause of the injuries claimed by the plaintiff, you have completed your deliberations. Do not answer any of the other answers on this form. Go directly to Page 2 and sign and date this form otherwise proceed to Section II.

II. **COMPARATIVE NEGLIGENCE**

    1. Do you find the conduct of the plaintiff was a contributing cause of her injuries?

    YES_____    NO_____

   2. What percentage of responsibility do you attribute to the plaintiff?

   _____%

   If you find that the percentage of responsibility attributed to the plaintiff is greater than 50%, you have completed your deliberations. Do not answer any of the other questions on this form. Go directly to page 3 and sign and date this form. Otherwise, proceed to Section III.

III. **DAMAGES:**

   What amount of compensatory damages do you award the plaintiff in past economic damages?

   What amount of damages do you award the plaintiff for past non- economic or future non-economic (if applicable) damages to the plaintiff?

                                                    TOTAL _____

   Reduction of award by percentage of negligence attributed to the plaintiff

                                                    _____%

                                                    TOTAL
                                                    AWARD_____

   I hereby certify that this is the unanimous verdict of the jury.

   _____         _____
   Foreman                     Date