UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR -1 P 12: 51
U.S. DISTRICT COURT
NEW HAVEN CT

Kerin Carmody
    Plaintiff

VS

Kohl's Department Stores, Inc.
    Defendant

: CIVIL ACTION NO.
: 303CV00456 (MRK)
:
: February 16, 2005

## STIPLUATION OF VOLUNTARY DISMISSAL

Pursuant to Rule FRCP 41(a) and 41(b), the parties of record in the above-captioned case, Kerin Carmody, the plaintiff, and Kohl's Department Stores, the defendants, moves that the Court dismiss this action with prejudice as the parties have amicably agreed to settle this matter.

WHEREFORE, the Plaintiff and the Defendants request this Court to dismiss this case in conformity with the foregoing.

THE PLAINTIFF,
KERIN CARMODY

BY: _____
Richard H. Greene, (ct.08905)
431 Howe Avenue
PO Box 2042 Huntington Station
Shelton, CT 06484
Tel:(203) 924-9361
Fax: (203-922-1636

THE DEFENDANT,
KOHL'S DEPARTMENT STORES

BY: _____
Barry Beletsky, (ct 05313)
David J. Baker, (ct 11934)
Riccio & Beletsky, LLC
310 Main Street Suite 2B
East Haven, CT 06512
Tel: (203) 469-8080
Fax: (203) 469-0011